IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 8, 2008

Charles R. Fulbruge III
Clerk

No. 06-20187
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

SHERONDA JACKSON

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:04-CR-411-4

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Sheronda Jackson has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967).  Jackson has filed a response.  The record is insufficiently developed to allow consideration at this time of Jackson's claims of ineffective assistance of counsel.  See United States v. Cantwell, 470 F.3d 1087, 1091 (5th Cir. 2006).  Our independent review of the record, counsel's brief, and Jackson's

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.